Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr. and Jerome Charles Randolph, Assistant State's Attorneys, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* HENRY BATTIE, Defendant-Appellant.

(No. 58521;

First District (1st Division)—May 20, 1974.

Opinion by Mr. JUSTICE BURKE.

James J. Doherty, Public Defender, of Chicago (Richard D. Kharas, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Ellis B. Levin, Assistant State's Attorneys, of counsel), for the People.